IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE CAHILL, on her own behalf and others similarly situated, ) ) ) | |
| Plaintiff, ) | CIVIL ACTION NO. 08-01738 |
| ) | |
| v. ) | Judge Arthur J. Schwab |
| ) | |
| FISERV, INC. and FISERV CIR, INC., ) | Electronically Filed |
| ) | |
| Defendants. ) | |

## ORDER APPROVING SETTLEMENT AND DISMISSING ACTION

This matter having come before the Court for consideration pursuant to the Joint Motion for Approval of Settlement and for Dismissal of This Action, and the Court having considered the motion, the supporting memorandum, the supporting affidavit, the Settlement and Release Agreement, and the pleadings in the case, the Court finds that just cause exists for the granting of the motion.

ACCORDINGLY, IT IS ORDERED that the Joint Motion for Approval of Settlement and for Dismissal of This Action is GRANTED. The settlement of this case is approved and this action is hereby dismissed with prejudice. There shall be no award of costs or attorneys' fees, as those matters are dealt with in the settlement.

SO ORDERED this 27th day of March, 2009.

_____
Arthur J. Schwab
United States District Judge